STATE OF NEW JERSEY v. PETER FOSTER.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF L.C.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. WILLIAM CHASE.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. JESSE LEE HOLLAND.

September 20, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. RONNIE MOORE.

September 20, 1983.

Petition for certification denied.